IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIANNA CASILLAS; LINDA CASILLAS; and CHERYL LANG,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; ANTHONY CATHEY; JOHN ROBINSON; SCOTT HARRIS; MARK DICKERSON; DONNA JAMES; BILL MANNERING; LINDA O'CONNOR; APRIL CRUME VICKERS; KEVIN PHILLIPS; GEOFF SUTLIFF; CHARLES TURNER; ASTRID MAYBERRY; ROBERT RINELLI; and DOES 1 through 99, inclusive,<br><br>        Defendants. | 2:06-cv-2605-GEB-DAD<br><br><br><br><br>ORDER WITHDRAWING ORDER TO SHOW CAUSE |

        The Order to Show Cause filed in this action on March 8, 2007, is withdrawn.

        IT IS SO ORDERED.

Dated:  April 25, 2007

                              GARLAND E. BURRELL, JR.
                              United States District Judge